**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 96-60548


LESLIE R FOSTER; MATTIE J FOSTER

                                                 Petitioners-Appellants

                        VERSUS


COMMISSIONER OF INTERNAL REVENUE


                                                 Respondent-Appellee

                * * * * * * * * * * * * * * *

            CHARLES W PAYNE; CAROLE B PAYNE

                                                 Petitioners-Appellants

                        VERSUS

            COMMISSIONER OF INTERNAL REVENUE

                                                 Respondent-Appellee



        Appeal from the United States District Court
            For the Northern District of Texas
                       (19932-94)
                    March 10, 1998


Before JOLLY, DUHÉ, and PARKER, Circuit Judges.

PER CURIAM:[1]

_____

    [1]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.  See Commissioner v. Schleier, 515 U.S. 323, 336 (1995).